02D09-2012-CT-000614
Filed: 12/11/2020 2:20 PM
Clerk
Allen County, Indiana
Allen Superior Court 8
USDC IN/ND case 1:21-cv-00010-HAB-SLC document 6 filed 12/11/20 page 1 of 6
BB

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

| KENDRICK D. EATON, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
| Defendant. | ) |

# COMPLAINT

Comes now Plaintiff, by counsel, and alleges against the Defendant that:

1. The Plaintiff is Kendrick D. Eaton, an African American/Black male employee who worked at Defendant International paper Company from 2014 through about October 14, 2019 at which time he was terminated.

2. Defendant International Paper Company operates a facility in Fort Wayne Indiana called International Paper/Fort Wayne Container Plant located at 3904 Ferguson Road, Fort Wayne, Indiana 46809. Defendant's Registered Agent is C T Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204. Defendant is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"). Defendant is obligated under 42 U.S.C. § 1981 to treat minorities and Caucasians the same with respect to the contractual benefits the employees receive at International Paper/Fort Wayne Container Plant.

3. Plaintiff alleged in an Amended Charge of Discrimination No. 24-D-2020-00015 (attached as Exhibit A) that he was discriminated against and terminated on account of his race and color and treated differently then similarly situated Caucasians with respect

to disparate discipline and was otherwise treated differently with respect to the terms, conditions, and benefits of his employment (worse then) similarly situated Caucasians. The EEOC issued a Dismissal and Notice of Rights/Notice of Suit Rights on or about October 5, 2020 (Exhibit B), and this Complaint has been filed within ninety days after receipt thereof.

4. The Plaintiff contends that he was repeatedly passed over for jobs that he was interested in, that he was not given interviews for jobs for which he was educated and qualified, that he was denied pay raises which he requested after getting his college degree, that his applications for different positions were never examined or acted upon (and whites/Caucasians got those jobs).  Plaintiff complained and made clear that he believes he was not getting as favorable treatment as similarly situated Caucasians because of his race and color.

5. Around August 29, 2019, Plaintiff was instructed that his name came up in a meeting about signing legal documents and that Defendant planned on suspending Plaintiff if he did not start signing these documents.  Days later, around September 3, 2019, Plaintiff was told that an investigation would be underway, and on September 4, 2019, Plaintiff did everything that the lawyer asked for the investigation, including writing down everything.  On September 6, 2019, a male Caucasian employee told Plaintiff that a Supervisor came out on the floor with a document that needed signed.  The male white employee told Plaintiff that he did not sign it and that he was going to refuse to sign it. This white male employee ("Kevin") had refused to sign many such documents during his thirty years with the company.

6. In September 2019, Plaintiff learned that "Josh" a white employee had allegedly quit, that he was written up because a down-time report showed that the production machine was down over an hour, but nothing happened to him and he was not terminated.

7. Around October 1, 2019, Plaintiff was approached with a document about print quality and Plaintiff was asked to sign it, but Plaintiff told them that he did not understand the document. Plaintiff took the document to the office and made a copy. On October 2, 2019 Plaintiff had another meeting with management, and Plaintiff told them that he felt harassed, and Plaintiff was suspended for insubordination. Eventually Plaintiff was terminated for violating plant rules, but many similarly situated Caucasians violated work rules similar to the rules allegedly violated by the Plaintiff, but these Caucasians were treated better and were not terminated like the Plaintiff.

8. The discriminatory and retaliatory actions of the Defendant in terminating the Plaintiff and inflicting disparate disciple were intentionally and in reckless disregard of Plaintiff's federally protected civil rights under Title VII and 42 U.S.C. § 1981. As a result of Defendant's actions, Plaintiff lost his job and job-related benefits including income. Plaintiff is entitled to compensatory damages for mental anguish, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries.

9. Because the Defendant's actions were intentional and in reckless disregard of Plaintiff's federally protected civil rights, Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for backpay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:     (260) 424-0712
E-mail:     cmyers@myers-law.com
*Counsel for Plaintiff*

# CHARGE OF DISCRIMINATION

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | X FEPA | EO-0010-A20 |
| | X EEOC | 24D-2020-00015 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kendrick D. Eaton | (260) 494-9440 | Redacted |

Street Address: 3506 Contessa Drive, Fort Wayne, IN 46816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTERNATIONAL PAPER | 101 - 200 | (260) 747-9111 |

Street Address: 3904 Ferguson Road, Fort Wayne, IN 46809

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-02-2019  Latest: 10-17-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

*** Complaint Amended on October 23, 2019***

I am a qualified black employee who has worked at International Paper as a miscellaneous worker since 2014. On October 1, 2019, I was asked to sign a questionable document. I asked for additional time to review the document because I did not understand it. The following day, I was asked to come into a meeting. I said ok, but I need one of my co-workers as a witness. I was told I could not have a witness in there. I was told that the union representative and my supervisor would be present. I did not respond. I was then suspended for insubordination. I know of one white employee who has refused to sign documentation and has not been suspended. I know of another white employee who curses at management and has not been suspended for insubordination. Furthermore, on October 17, 2019, I received a letter informing me that I was terminated for violating plant rules.

Based on the above, I believe I have been discriminated against because of my race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Oct 23, 2019
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 10/23/19

LAKISHA WOODS, Notary Public
Allen County, State of Indiana
Commission Number 637276
My Commission Expires August 1, 2020

EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Kendrick D. Eaton
3506 Contessa Drive
Fort Wayne, IN 46816

From: Indianapolis District Office
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2020-00015 | Jeremy A. Sells, State & Local Coordinator | (463) 999-1161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission



October 5, 2020

Enclosures(s)

Michelle Eisele,
District Director

*(Date Mailed)*

cc: HR Director
INTERNATIONAL PAPER
3904 Ferguson Road
Fort Wayne, IN 46809

Christopher Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun, Suite 400
Fort Wayne, IN 46802

EXHIBIT B