AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

KENDRICK D EATON
    Plaintiff

        v.                                   Civil Action No. 1:21-cv-10

INTERNATIONAL PAPER COMPANY
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:_ Judgment is ENTERED in favor of the Defendant International Paper Company and against the Plaintiff Kendrick D Eaton .

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by_ Judge Holly A Brady _on Defendants' Motion for Summary Judgment.

DATE:__11/2/2022_____

                                    GARY T. BELL, CLERK OF COURT

                                    by_____s/ N. Corle_____
                                    *Signature of Clerk or Deputy Clerk*